IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02121-LTB

THOMAS K. TIENDA,

     Applicant,

v.

[NO RESPONDENTS NAMED],

     Respondents.

---

JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on September 17, 2012, it is hereby

     ORDERED that Judgment is entered in favor of Respondents and against

Applicant.

     DATED at Denver, Colorado, this 17 day of September, 2012.

                       FOR THE COURT,

                       JEFFREY P. COLWELL, Clerk

                       By: s/L. Gianelli
                          Deputy Clerk